# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1610

_____

Joe B. Butler, Jr.,

      Appellant,

v.

T. C. Outlaw, Warden, FCI —
Forrest City,

      Appellee.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Arkansas.

\* [UNPUBLISHED]

_____

Submitted: December 28, 2009
Filed:  January 5, 2010

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

      Federal inmate Joe Butler appeals the district court's[1] denial without prejudice of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241.  Upon careful review, we conclude the court did not abuse its discretion in denying relief for failure

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

to exhaust administrative remedies.  See Kendrick v. Carlson, 995 F.2d 1440, 1447 (8th Cir. 1993) (standard of review).  We affirm.  See 8th Cir. R. 47B.

_____